IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00242-GPG

AARON SCARBOROUGH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED February 6, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                            S/ Gordon P. Gallagher

                                            United States Magistrate Judge