IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00242-KLM

AARON SCARBOROUGH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

### MINUTE ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **August 19, 2015** at **11:00 a.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C.COLO.LCivR 16.1 and 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed.  Plaintiff and his case manager shall contact the court at: **(303) 335-2770** on the above date and time in order to participate.  The form of a proposed Scheduling Order is attached for reference, **but need not be completed prior to the Scheduling Conference.**

    IT IS FURTHER **ORDERED** that the Clerk's Office shall mail a courtesy copy of this Minute Order to the case manager for Plaintiff at his facility.

Dated:  June 17, 2015