IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00242-KLM

AARON SCARBOROUGH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Second Motion for Leave to Designate, Out-of-Time, Nonparty at Fault** [#25] (the "Motion").  Defendant seeks to designate as a nonparty at fault the inmate who physically attacked Plaintiff while they were incarcerated at the United States Bureau of Prisons.  Unlike in a prior motion [#20], Defendant here provides the name and location of the designated nonparty at fault.  *See* [#25-1].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall accept Defendant's Designation of Nonparty at Fault [#25-1] for timely filing as of the date of this Minute Order.

    Dated:  July 20, 2015