IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00242-KLM

AARON SCARBOROUGH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel USP Lewisburg's Warden to Produce the Plaintiff's Discovery Materials to Plaintiff Pursuant to Fed. R. Civ. P. 26 and 34** [#31] (the "Motion").  Defendant filed a Response [#32] in opposition to the Motion.  Plaintiff did not file a Reply.

    The issue here concerns how documents were produced, as opposed to which documents were or were not produced.  Defendant responded to Plaintiff's written discovery requests partially in hard-copy format and partially with documents on a compact disc.  *Response* [#32].  Plaintiff appears to have initially refused the offer of a laptop from his prison facility so that he could review these documents.  However, after the filing of the Motion [#31], Plaintiff appears to have changed his mind and, so far as the Court can now discern, he has had the opportunity to review these documents electronically.  *See Aff. of Diltz* [#32-2] ¶ 8.  Thus, the issue raised by the Motion [#31] appears to be moot.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#31] is **DENIED as moot**.

    Dated:  January 22, 2016