IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00242-KLM

AARON SCARBOROUGH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Leave to Depose Inmates** [#34][1] (the "Motion"). Defendant seeks an Order allowing it to conduct the deposition of two incarcerated individuals. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), "[a] party must obtain leave of court . . . if the deponent is confined in prison." Plaintiff Aaron Scarborough, #94024-020, and Jorge J. Solano-Moreta, #11611-069, (a designated non-party at fault, *see* [#27]) are presently incarcerated by the Federal Bureau of Prisons. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendant may take the depositions of these two individuals with regard to this litigation.

---

[1] "[#34]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Order.

IT IS FURTHER **ORDERED** that the depositions shall take place at Federal Bureau of Prisons facilities in Florence, Colorado, on February 24, 2016, or other date to be determined in advance when Plaintiff is available to attend, pursuant to written notice.

Dated:  February 11, 2016

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge